USCA1 Opinion

 

United States Court of Appeals

For the First Circuit

____________________

Nos. 01-2272, 01-2524

MOUNA KANDY SUBOH, INDIVIDUALLY, AS ADMINISTRATIX OF THE ESTATE
OF ISHAQ SUBOH, AND AS NEXT FRIEND OF HER MINOR DAUGHTER SOFIA
KANDY,

Plaintiff, Appellee,

v.

DISTRICT ATTORNEY'S OFFICE OF THE SUFFOLK DISTRICT, MICHAEL N.
MURPHY, CARL BORGIOLI,

Defendants, Appellants,

CITY OF REVERE, MASSACHUSETTS; ROBERT J. HAAS JR.; JAMES RUSSO;
STEVEN PISANO; JOHN MCRAE; STEVEN WALLACE; THEODORE MICHALSKI;
JULIEANN MAVAROSA; ANTONIO ARCOS; JOHN M. AZZARI; RICHARD
BACHOUR; RALPH C. MARTIN II; INDIVIDUALLY AND IN THEIR OFFICIAL
CAPACITIES,

Defendants.

____________________

 

ERRATA SHEET 

 

 The opinion of this court, issued August 1, 2002,
should be amended as follows:

p 18, line 2: change "the" to "a"

p 18, line 3: change "their" to "his or her"

p 27, line 1: change "acede" to "accede"